**IN THE UNITED DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**WATKINS & EAGER PLLC, a Mississippi Professional**
**Limited Liability Company**                                                              **PLAINTIFF**

**V.**                             **CIVIL ACTION NO. 3:05cv717 WHB-AGN**

**ERIN MIEL, INC., and WAYNE NEWTON**                       **DEFENDANTS**

**DEFAULT JUDGMENT**
**AGAINST DEFENDANT, ERIN MIEL, INC.**

THIS CAUSE came on for hearing on the Application of Plaintiff, Watkins & Eager PLLC ("W&E") for default judgment against Defendant, Erin Miel, Inc. ("Erin Miel") and the Court having been advised that the Defendant, Erin Miel, was duly served with summons and complaint and not being an infant or unrepresented incompetent person and having failed to plead or otherwise defend, and default having been entered and the Defendant having taken no action since such default was entered, the Court finds that the Plaintiff is entitled to judgment against Defendant, Erin Miel.

IT IS THEREFORE ORDERED, that the Plaintiff, Watkins & Eager, shall recover a judgment of and from Defendant, Erin Miel, in the full sum of $110,101.90 together with interest from and after December 1, 2005, at the federal rate of interest, said interest accruing until such time as the judgment is paid in full.

SO ORDERED, this 18th day of January, 2006.

                                                                           s/William H. Barbour, Jr.
                                                                           UNITED STATES DISTRICT JUDGE