# IN THE UNITED DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 21 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

**WATKINS & EAGER PLLC**, a Mississippi Professional
Limited Liability Company

**PLAINTIFF**

V.

CIVIL ACTION NO. 3:05cv717 WHB-AGN

**ERIN MIEL, INC., and WAYNE NEWTON**

**DEFENDANTS**

## AGREED FINAL JUDGMENT
## AGAINST DEFENDANT, WAYNE NEWTON

THIS CAUSE is before the Court on the Complaint of Plaintiff, Watkins & Eager PLLC ("W&E") against Defendant, Wayne Newton, ("Newton"). The Court has been advised that the Plaintiff, W&E, and the Defendant, Newton, have reached an agreement with respect to this matter pursuant to which Newton has agreed to the entry of a judgment against him for the amount demanded in the complaint. Accordingly, the Court finds as follows:

IT IS THEREFORE ORDERED, that the Plaintiff, W&E, shall recover a judgment of and from Defendant, Wayne Newton, in the full sum of $110,881.90 together with interest from and after December 1, 2005, at the federal rate of interest, said interest accruing until such time as the judgment is paid in full.

SO ORDERED, this 21st day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

_____
WAYNE NEWTON